UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------

CHRISTOPHER C. OLSON,

                Plaintiff,

         v.                       1:05-CV-1288

S.W. SCHAFFRICK, and TOWN OF NEW
PALTZ, NEW YORK,

                Defendants.

------------------------------------

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 17 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

APPEARANCES:                                OF COUNSEL:

CHRISTOPHER C. OLSON
Plaintiff Pro Se
234 Valley View Drive
Wallkill, New York 12589

BOEGGEMAN, GEORGE, HODGES &        HAROLD L. MOROKNEK, ESQ.
  CORDER, P.C.
Attorneys for Defendants
11 Martine Avenue
White Plains, New York 10606

DAVID N. HURD
United States District Judge

## ORDER

      Plaintiff Christopher C. Olson ("plaintiff") brings this excessive-force action against S.W. Schaffrick and the Town of New Paltz ("defendants") under the Fourth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983. Defendants move to dismiss the complaint with prejudice under Federal Rule of Civil Procedure 41(b) on the ground that plaintiff has failed to prosecute the action. Plaintiff's response was due March 27, 2007; however, he has not submitted a response. Neither

defendants nor Chambers has received any communication from plaintiff since his former counsel requested permission to move to withdraw as counsel on August 30, 2006. Accordingly, it is ORDERED that defendants' motion to dismiss the complaint with prejudice is GRANTED and the complaint is DISMISSED WITH PREJUDICE.

    The Clerk is directed to enter judgment accordingly.

    IT IS SO ORDERED.

_____
United States District Judge

Dated: April 12, 2007
       Utica, New York.